IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**VICTORIA A. E.,**

    **Plaintiff,**

    vs.                                                                                          CIV NO. 1:24-cv-01237-KRS

**LELAND DUDEK,**[1]
*Acting Commissioner of the Social Security Administration*,

    **Defendant.**

## ORDER FOR EXTENSION

THIS MATTER coming before the Court upon Plaintiff's First Motion for an Extension of Time (the "Motion"), (Doc. 10), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff file her Motion to Reverse or Remand to the Agency no later than **April 7, 2025**.

**IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **May 7, 2025**. Plaintiff may file a reply, if any, fourteen (14) days after Defendant files his brief.

*/s/ Kevin Sweazea*
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).