IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VICTORIA A. E.,

    **Plaintiff,**

vs.                                                      CIV NO. 1:24-cv-01237-KRS

LELAND DUDEK,
*Acting Commissioner of the Social Security Administration*,

    **Defendant.**

### ORDER FOR EXTENSION

THIS MATTER coming before the Court upon Plaintiff's Second Motion for an Extension of Time (the "Motion"), (Doc. 12), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff file her Motion to Reverse or Remand to the Agency no later than **May 7, 2025**.

**IT IS FURTHER ORDERED** that Defendant may file a response, if any, by **June 6, 2025**. Plaintiff may file a reply, if any, fourteen (14) days after Defendant files his brief.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE