## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**VICTORIA A. E.,**

      **Plaintiff,**

      **vs.**                            **CIV NO. 1:24-cv-01237-KRS**

**FRANK BISIGNANO,**
**Commissioner of Social Security Administration,**

      **Defendant.**

## JUDGMENT

Having granted Plaintiff Victoria A. E.'s ("Plaintiff") Motion for Reversal and Remand to the Social Security Administration, (Doc. 14), in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**KEVIN R. SWEAZEA**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**