**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**VICTORIA A. E.,**

      **Plaintiff,**

    **vs.**                                    **CIV NO. 1:24-cv-01237-KRS**

**FRANK BISIGNANO,
Commissioner of Social Security Administration,**

      **Defendant.**

**ORDER GRANTING AMENDED UNOPPOSED MOTION
FOR AWARD OF ATTORNEY FEES PURSUANT TO
THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**

The Court, having reviewed Plaintiff Victoria A. E.'s ("Plaintiff") Amended Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Doc. 26), **HEREBY ORDERS** that:

1.      Attorney fees are awarded under the EAJA, payable to Plaintiff but mailed to Plaintiff's attorney in the amount of $2,887.92 in attorney fees. *See Astrue v. Ratliff*, 560 U.S. 586 (2010) (EAJA fees are paid to the prevailing party, not the attorney);

2.      Plaintiff shall also be awarded the $405.00 filing fee payable to the Plaintiff's attorney, which is to be paid from the Department of Justice's Judgment Fund, 28 U.S.C. § 2412, not agency funds;

3.      If Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986). The award is subject to the offset provisions of the EAJA. *See* 28 U.S.C. § 2412(c)(1) (2006); and

4.      Plaintiff's First Motion for Award of Attorney Fees Pursuant to the Equal Access

to Justice Act ("EAJA"), 28 U.S.C. § 2412, (Doc. 25), is **DENIED AS MOOT**.

    **IT IS SO ORDERED** this 10th day of July, 2026.


_____
HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE